☒ FILED  ☐ LODGED

# June 25 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Shawn Charles Goff #186716
**Name and Prisoner/Booking Number**

Arizona State Prison Complex-Lewis
**Place of Confinement**

Rast-Max Unit, P.O. Box 3600
**Mailing Address**

Buckeye, Arizona 85326
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Shawn Charles Goff,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Trinity Food Service, et al,
(Full Name of Defendant)

(2) Keefe Commissary Network, et al,

(3) Unknown Thompson,

(4) Pam Smith,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

Bench Trial Sought On All Issues Triable By Complaint

CASE NO. CV-20-01288-PHX-DLR-JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC-Lewis, Rast-Max Unit, Buckeye, AZ

Attachment 1-A

Defendants continued:

(5) Complex Food Service Staff Director or designee

(6) Food Service Inspection Team

(7) Complex Food Service Staff Unit Manager

(8) Complex Registered Dietician

(9) Department Religious and Volunteer Services Administrator

(10) Food Service Contract Officer Representative

(11) Division Director for Prison Operations

(12) Unknown Kinoble

(13) Senior Chaplain Kingsland

(14) Senior Chaplain Thomas, William R.

(15) Charles L. Ryan

(16) David Shinn

## B. DEFENDANTS

1. Name of first Defendant: _Trinity Food Service_. The first Defendant is employed as: _Contract Food Service Company_ (Position and Title) at _Arizona State Prison-Lewis_ (Institution).

2. Name of second Defendant: _Keefe Commissary Network_. The second Defendant is employed as: _Contract Commissary/Owner of Trinity_ (Position and Title) at _ASPC-Lewis_ (Institution).

3. Name of third Defendant: _Thompson_. The third Defendant is employed as: _Warden_ (Position and Title) at _ASPC-Lewis_ (Institution).

4. Name of fourth Defendant: _Pam Smith_. The fourth Defendant is employed as: _Food Service Liason_ (Position and Title) at _ASPC-Lewis_ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _One_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Shawn Charles Goff_ v. _Unknown Thompson, et al._
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

Attachment 2-A

Defendants continued:

(5) Name of fifth Defendant: <u>Complex Food Service Staff Director or designee</u>. The fifth Defendant is employed as: <u>CFSS Director at ASPC-Lewis</u>.

(6) Name of sixth Defendant: <u>Food Service Inspection Team</u>. The sixth Defendant is employed as: <u>Food Service Inspection Team at ASPC-Lewis</u>.

(7) Name of seventh Defendant: <u>Complex Food Service Staff Unit Manager</u>. The seventh Defendant is employed as: <u>CFSS Unit Manager at ASPC-Lewis, Rast Unit</u>.

(8) Name of eighth Defendant: <u>Complex Registered Dietician</u>. The eighth Defendant is employed as: <u>Registered Dietician at ASPC-Lewis</u>.

(9) Name of ninth Defendant: <u>Department Religious & Volunteer Services Administrator</u>. The ninth Defendant is employed as: <u>Religious & Volunteer Services Administrator at ASPC-Lewis</u>.

(10) Name of tenth Defendant: <u>Food Service Contract Officer Representative</u>. The tenth Defendant is employed as: <u>Food Service Contract Officer Representative at ASPC-Lewis</u>.

(11) Name of eleventh Defendant: <u>Division Director for Prison Operations</u>. The eleventh Defendant is employed as: <u>Division Director for Prison Operations at ASPC-Lewis</u>.

(12) Name of twelfth Defendant: <u>Kimble</u>. The twelfth Defendant is employed as: <u>new Complex Warden at ASPC-Lewis</u>.

2-B

## Defendants Continued

(13) Name of thirteenth Defendant: <u>Kingsland</u>. The thirteenth Defendant is employed as: <u>Senior Chaplain</u> at <u>Central Office</u>.

(14) Name of fourteenth Defendant: <u>William R. Thomas</u>. The fourteenth Defendant is employed as: <u>Senior Chaplain</u> at <u>ASPC-Lewis</u>.

(15) Name of fifteenth Defendant: <u>Charles L. Ryan</u>. The fifteenth Defendant is employed as: <u>Director (previous)</u> at <u>ADOCRR</u>.

(16) Name of sixteenth Defendant: <u>David Shinn</u>. The sixteenth Defendant is employed as: <u>current Director</u> at <u>ADOCRR</u>.

(17) ~~Name of seventeenth Defendant: Senior Chaplain Kingsland. The seventeenth Defendant is employed as: Senior Chaplain at Central Office.~~

(18) ~~Name of eighteenth Defendant: Senior Chaplain Thomas. The eighteenth Defendant is employed as: Senior Chaplain at ASPC-Lewis.~~

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8th Amendment: Cruel & Unusual Punishment</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm an approved, forced, Vegan Religious Diet. Trinity Food Service is contracted by ADOC to provide all meals & its parent company is Keefe Commissary Network. Trinity Food Service Staff Unit Managers at Rast & Buckley Units at Lewis Complex regularly & routinely don't make, even refuse to give/make, Vegan diet per listed menu & dietary requirements. I have not received hummus since Rast-Max Unit opened in 2015 - November 23, 2019 & again from May 26, 2020 through present. Instead I've been given 1/2 & 1/4 cup portions of pinto, garbanzo beans, & black-eyed peas - all plain. I'm supposed to receive one cup of hummus daily, 365 days a year. Poor nutrition's prevalent because Trinity staff refuse fruit to Rast-Max inmates, to make Vegan meals according to actual menu & instead give plain rice, pasta, boiled potatoes & pinto beans for 2/3 of Vegan meals. Even though black beans, onions, mustard, spaghetti sauce, salsa, vinaigrette dressings for salads, etc. which I rarely, if ever, get. I'm required to drink a "fortified calcium beverage packet" to receive many key vitamins & minerals not provided in food & is hard on liver & kidneys as these were meant to be extracted by digestive tract from food. I only receive white bread, 8 ~~pieces~~ slices a day. I receive one to two servings of vegetables a day & the minimum for a healthy diet's 8 servings of fruits & vegetables a day. Ergo the need for a "fortified calcium beverage packet". It's cheaper than healthy food. (continued on page 3-A). Nor have I ever received to enhanced Holiday meals as a Vegan Diet in a given year per D.O. 912 3.1.1.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Inadequacy of nutritious food with proper vitamins & minerals recommended by the FDA is causing unnecessary weight loss as proved in medical records in 2019 & severe joint pain & bone & ligament degeneration at knees at least. ~~illegible~~ Acted under color of law. TVP's known to cause stomache cancer. Texas & California don't serve it

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Attatchment 3-A

## Count 1 continued. Supporting Facts.

I've never received a veggie patty made of barley as required on menu, only rice. I've completed the Informal Complaint, Grievance & Grievance Appeal from 9-10-2019 through 10-18-2019 without result. Paul Smith's been made aware & is the Food Service Liason. So have the Trinity Unit Manager, Warden Thompson, Complex Registered Dietician, Complex Food Service Staff Director or designee, Food Service Contract Officer Representative, Food Service Inspection Team, Department Religious & Volunteer Services Administrator, & Division Director for Prison Operations as promised by C.O.III Clauson's Grievance Response that "it would be passed up the chain-of-command". Department Order: 912-Food service promises that all above listed parties/Defendants shall monitor, maintain, & provide visually appealing & nutritionally adequate food/meals. Not fortified beverage packets in place of food. D.O. 912 also guarantees proper portions of food. Trinity gives portions less than is listed in menus for two reasons: 1.) Because inmates who work for Trinity routinely steal food & Trinity makes up that loss by shorting meals of Diets because we're a small over-all population & less able to congregate to cause trouble in standing up for ourselves. 2.) Trinity gives bonuses to employees who save it money by using less materials each month, quarter & year. My rice, beans, potatoes, & vegetables are routinely rancid &/or fermenting as I repeatedly brought to C.O. & Trinity attentions & my C.O.III Kozora's attentions through Inmate Letters & requesting that my meals be taken back to Kitchens & be corrected. Trinity staff usually would, and never solved the problem however. Vitamin minimum requirements are: A-900 mcg/d, C-90 mg/d, D-15 mg/d, E-15 mg/d, K-120 mcg/d, Thiamin-1.2 mg/d, Riboflavin-1.3 mg/d, Niacin-16 mg/d, B6-1.3 mg/d, Folate-400 µg/d, B12-2.4 µg/d, Pantothenic Acid-5 mg/d, Biotin-30 µg/d, Choline-550 mg/d. Minimum mineral daily requirements are: Calcium-1,000 mg, Chromium-25 µg, Copper-900 µg, Fluoride-4 mg, Iodine-150 µg, Iron-18 mg, Magnesium-420 mg, Manganese-1.8 mg, Molybdenum-45 µg, Phosphorus-700 mg, Selenium-55 µg, Zinc-11 mg. Many of these vitamins & minerals cannot be found in the Vegan Diet. Sugar's been arbitrarily taken in addition to suit. Trinity

3-B

### Count 1 continued. Supporting Facts.

no longer provides the 3 sugar packets with breakfast daily. They don't ever give the sugar substitutes as required. Nor do I receive the "fortified calcium beverage packet" daily per menu. I go weeks without it & it's the line/floor C.O.II's who pass out chow who take pity on me & offer me milk, peanut butter, cereal, boiled eggs, extra veggies, etc. to make up for what I'm routinely missing so I don't go hungry & to avoid trips back to Kitchen to argue with Trinity Food Service staff. I arrived in Rast-Max Unit 5-8-2019 at 178 lbs. By September I was at 157 lbs. as my medical file proves. I'm now 37 yrs. old & 6 ft. tall & my average Body Mass Index should be around 172 lbs. My weight's back up again only because the line CO's make substitutions for what I'm routinely missing. Lack of proper vitamin, minerals, omega 3's & antioxidants severely affects body's natural ability to maintain/repair good organ, bone, soft tissue & joint wear-&-tear. Dr. Steven Gundry & Dr. Daniel Amen are both medical, clinical, psychological & dietary experts with excellent research into these fields that deal with mental, physical, & longevity health. If ADOC sincerely wants to Rehabilitate & Reenter inmates into society then that begins with a nutritious diet of quality & not cheap foods. Mental, physical & emotional health begins with healthy foods & affects one's ability to have clear, healthy minds, bodies & mental health in addition to living a long, natural life without need of medications for preventable ailments with good food Resulting in less over-all money spent on medications for physical & psychological ailments. It's not rocket science. Added to this logic that the average inmate has a life expectancy of 15-20 yrs. less than a free persons. Mostly due to poor quality, chemically laiden foods that drop life expectancy & create a further burden on an already taxed medical & prison system. Preventive care/measures can save billions nationwide & hundreds of millions statewide. Policy governing diets are signed by Charles L. Ryan & David Shinn, Directors of ADOCRR. And Grievance Appeals go directly to them. They're colluding defendants for not correcting problems.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>1st Amendment: Freedom of Religious Expression, Denial There of</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☑ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm an approved & recognized Wiccan Vegetarian. On 3-30-2007 I was approved as an Ovo-Lacto Vegetarian Diet which allows egg & milk products but no meat. I do not wish to hurt or kill animals to gain sustenance. All eggs sold in the U.S. are unfertilized & milk causes the animal no harm either. In 2008 ADOC forced me to become a Lacto Vegetarian against my will & punished me for accepting or purchasing egg products by taking my diet. I 2012 I was forced to become a Vegan Diet against my will & wishes. In 2018 chaplain Thomas committed fraud by having me sign a blank Diet sheet & then filling in my information & printing a contract Vegan Diet Agreement later & sending me a copy later. I had to refuse to lock down to get the chaplain to admit the fraud & allow me to write a denial of agreement with Vegan Diet in the Comments section of same Diet sheet & turn it for my file. Filled in information of Vegan Diet Agreement is not in My hand writing outside of Comments Section & can be verified. My Vegan Diet does not allow me to receive or purchase egg or milk products. If I do Kitchen staff & chaplain can take my diet entirely. It's printed on Vegan Diet card itself. I love cookies, pastries, cheese, eggs, milk, chocolate, ice cream, etc. & I am not allowed to purchase them & am denied them in ADOC & Trinity approved meals. These violations are perpetrated by Trinity Food Services employees, Keefe Commissary Network, Unit Managers, Division Directors, Warden(s), Religious Administrator(s), Complex Warden(s), & all acted under color of law. Charles Ryan & David Shinn, Directors, implemented this erring policy.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Denial of 1st Amendment right to freely practice my faith's dietary requirements. The Vegan Diet's unpalatable, TVP's known to cause stomache cancer, amounts to a life long type of punishment as I have no release date from prison. Senior Chaplains Kingsland & Thomas are also included as injuring defendants.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _14th Amendment: Denied the due process of law to lobby to keep Ovo-Lacto Diet & equal protection standard_

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☑ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Each time I renew my Vegan Diet (once a year I have to renew diet or its lost) I am denied the opportunity to lobby to get my original Ovo-Lacto Vegetarian Diet back. I'm told to get off diet if I don't like it. It's unreasonable to force a diet on me I did not sign up for. This's denial of Due Process without hope of redress. Punishing me for not wishing to adhere to a diet I didn't agree to is also a due process & equal protection violation. There is no compelling security interest to deprive me of my Ovo-Lacto Vegetarian Diet. Nor is there an ongoing Trinity, Keefe or ADOC interest outside of money to continue this strict Vegan Diet. It's obscenely cheap compared to cost of Ovo-Lact Diet. It's also obscenely lacking in complex calories & proper nutrition as set by FDA standards. All listed defendants participate in these violations. Acting under color of law. My faith has religious celebrations that specifically utilize & glorify milk, cheese, yolks of eggs, etc. in fertility & harvest rituals. Every listed defendant either participated in decision making & sign off or enforcement of policies/edicts, or both. Defendants Charles Ryan, David Shinn, Trinity Food Service, Keefe Commissary, Paul Smith, Division Director, chaplains Thomas & Kingsland, Kimble, Thompson & Religious Volunteer Services Administrator implemented &/or enforced this errant policy & deprived me of due process & equal protection standard.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Denial of 14th Amendment's Due Process & Equal Protection Standard having not had opportunity to lobby for original Ovo-Lacto Diet back during yearly diet renewal & not being equally protected by my faith's guide to participate in the bounty of Nature.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

5-A

## COUNT ~~III~~ IV

1. State the constitutional or other federal civil right that was violated: 14th Amendment: Due Process of Law. App. Div. 1, 972 P. 2d 1021, 31 U.S.C. §5330. Violates Const.Law. Keynote 458 9(6); Currency Regulations.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Misappropriation of Funds/Products.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I've written numerous Inmate Letters, Informal Complaints, Grievances & Grievance Appeals over many yrs. about the inadequacies & denials of proper Vegan Diet meals, meal portions, missing condiments, rotten/fermenting food, not receiving black beans, barley, refried beans, fruit, ever, even the Vegan Diet Menu calls for these products & Trinity Food Service staff deny it or don't enforce it. Real sugar jelly was taken & peanut butter's now mixed with sugar free jelly which often turns peanut butter & jelly mix rancid & its served any way. The ratio of peanut butter to jelly is 2/3 PB to 1/3 jelly & it's usually half-n-half or reversed ratio ed. This is because inmates who work for Trinity steal it & that's balanced out by taking from Vegan & other diets. I routinely don't receive seasonings or salt in my diet even though menu ingredients do call for them. Because I've spent yrs. complaining of these deficiencies in all of above listed documentations without positive results it would difficult to believe that issues are not endemic all of the way up chain-of-command/responsibility. Where did the funds go that're meant to purchase above missing items, or where did food go once purchased? I certainly never received them. Trinity, Keefe, Warden Thompson & Kimble, Asst Smith, Complex Food Service Staff Director, Unit Manager, Division Director, Food Service Contract Officer & Religious Services Volunteer Admin. are supposed to approve all Vegan Diet modifications & sign-off. How's never been solved without corruption?

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   To have whole food groups, condiments, & seasonings never used clearly proves an endemic problem within ADOC & Trinity. An accounting justifications either not been done &/or needs to be done to correct & hold accountable those responsible. Deprives me of good, appealing, & healthy variety of meals. Acted under color of law.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-B

## COUNT ~~III~~ V

1. State the constitutional or other federal civil right that was violated: _14th Amendment - Due Process of Law. App. Div. 1. 972 P.2d 1021, 31 USC. §5330. Violates Const. Law. Key note 4509(6); Currency Regulations._

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: _Fraud_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Because I've spent yrs. attempting to get ADOC & Trinity to correct Vegan Diet issues through Inmate Letters, Informal Complaints, Grievances & Grievance Appeals to no avail, & logic dictates that the problems are endemic then, that we only need a continued Misappropriation of Funds/Products being used other than allocated. A simple review of purchasing records & distributions will verify over a period of the 8 yrs. since Vegan Diet's been mandated, checked against the amount of Vegans & other diets which may consume same foods will show what & how & whom is ultimately responsible. Logic also dictates that the only reason this has never been done, or if it has, it's never resulted in fixing the issues permanently, is because, there's an active push to overlook &/or keep it from becoming common knowledge. That's the definition of Fraud. Apathy can be no excuse. Trinity Food Service, Keefe Commissary Network, Wardens Thompson & Kimble, Pam Smith, Complex Food Service Staff Director, Food Service Inspection Team, Complex Food Service Staff Unit Managers for Rast & Buckley Units, Department Religious & Volunteer Services Administrator, Food Service Contract Officer Representative, Division Director for Prison Operations & Directors Charles L. Ryan & David Shinn all have a portion of shared responsibility & ultimately approve & sign off on the work of those beneath them. Policies are determined & enforced by these people. They acted under color of law._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _ADOCRR, Trinity, Keefe, & all of their attendant staff have a responsibility to contract obligations to inmates, ADOCRR, tax payers & basic human decency to do a good, honorable job. My health's been repeatedly affected adversely, as well as my religious sensibilities which's the whole point of a religious diet._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I'd like a full MRI & cancer screening due as part of injunctive relief. All listed & unlisted defendant(s) are being sued in their official & individual/private capacities. Plaintiff seeks compensatory damages of $10,000 against each Defendant, jointly & severally. Plaintiff seeks punitive damages in the amount of $50,000 against each Defendant, jointly & severally. Plaintiff seeks injunctive relief requiring Defendants to retrain staff in the proper conduct & handling of Religious Diets; to learn from, & gain assistance of Dr. Steven Gundry & Dr. Daniel Amen for the purposes of learning proper, healthy, & nutritious Vegan & Vegetarian meals that include all vitamins, minerals, antioxidants, & Omega 3 fatty acids from food. And to return to an Ovo-Lacto Vegetarian Diet governed by the principles & personages of Dr. Steven Gundry & Dr. Daniel Amen. TVP causes cancer & needs replaced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/19/2020
                DATE                                            SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6