# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Charles Goff, | No. CV-20-01288-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Trinity Services Group, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** appointing pro bono counsel Benjamin L. Rundall, of Honor Law Group PLLC, to represent Plaintiff Shawn Goff on a limited basis through trial.  Counsel must file a notice of appearance within 14 days of this Order.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Appointment of Trial Counsel (Doc. 96) is **granted**.

**IT IS FURTHER ORDERED** the telephonic trial scheduling conference set for August 4, 2022, is vacated and reset for **August 24, 2022, at 2:30 p.m**. The parties will be provided with call-in information via separate email.

**IT IS FURTHER ORDERED** directing the Clerk of Court to send a copy of this Order to all counsel and Plaintiff.

Dated this 29th day of July, 2022.

Douglas L. Rayes
United States District Judge