# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Charles Goff,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trinity Food Service, et al.,<br><br>　　　　　Defendants. | No. CV-20-01288-PHX-DLR (JFM)<br><br>**JUDGMENT** |

This matter having been tried to the Court on April 26, 2023, and pursuant to the Court's Order setting forth its findings of fact and conclusions of law filed on May 18, 2023 (Doc. 139),

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Defendant Trinity Services Group ("Trinity") is entitled to judgment in its favor regarding Plaintiff Shawn Charles Goff's one remaining claim; a prisoner civil rights claim under 42 U.S.C. §1983 and the Eighth Amendment to the United States Constitution,

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that Trinity is entitled to judgment in its favor regarding Plaintiff Shawn Charles Goff's claim for injunctive relief,

**IT IS HEREBY FURTHER ORDERED** that Trinity as the prevailing party is entitled to its taxable costs of $326.35 incurred for the draft/real-time trial transcript.

Dated this 8th day of June, 2023.

Douglas L. Rayes
United States District Judge